UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ALDEN EXENDINE,

          Plaintiff(s),

v.

CITY OF SAMMAMISH,

          Defendant(s).

Case No. C08-0876MJP

ORDER DENYING MOTION TO EXTEND CERTAIN DEADLINES

The Court, having received and reviewed the parties' stipulated order (Dkt. No. 11), makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance;
2. Under the parties' proposed deadlines, the Court would have fewer than 12 weeks to consider any dispositive motions before trial.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: March 18, 2009

                                      Marsha J. Pechman
                                      United States District Judge

ORD ON MTN TO CONT - 1