The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY, as subrogee for Sandra J. Slisco,<br><br>      Plaintiff,<br><br>  v.<br><br>BROAN-NUTONE LLC a foreign limited liability company, et al,<br><br>      Defendants. | Case No. C08-0876 MJP<br><br>**ORDER GRANTING MOTION TO COMPEL** |

This matter comes before the Court on Plaintiff's motion to compel Defendants to produce certain documents. (Dkt. No. 16.) The Court has considered the motion, the response (Dkt. No. 17), the reply (Dkt. No. 20), and the documents submitted in support thereof. The Court finds and orders as follows:

1. Plaintiff's motion is GRANTED IN PART. Defendants must produce all documents, from 1984 onward, related to allegations that a fire in one of its fans occurred as a result of a crimp connection within a Broan fan's motor. If Defendants cannot determine if a fire has occurred because of a crimped connection, all claims, from 1984 onward, involving fires in fans using crimped connectors must be produced.

Defendants must complete any such production within five (5) days of this Order. The Court extends the June 1, 2009 discovery deadline for the purposes of this production.

2. Defendants' counsel should not have directed Mr. Bakula not to answer deposition questions on the basis of a pending motion for a protective order. (See Dkt. No. 20 at 2.) Plaintiff may depose Mr. Bakula again and Defendants must pay for any expenses, including counsel's fees, for the second deposition. The Court directs counsel to schedule and complete the deposition, either by telephone or in person by July 8, 2009.[1] Plaintiff may submit a declaration in support of a fee award upon completion of the deposition. The Court extends the June 1, 2009 discovery deadline for the purposes of this deposition.

3. Defendants' motion for a protective order is DENIED. Defendants proposed protective order is more restrictive than necessary and may preclude discovery of relevant material.

It is SO ORDERED. The Clerk shall transmit a copy of this Order to all counsel of record.

Dated this 25th day of June, 2009.

Marsha J. Pechman
United States District Judge

---

[1] This deadline exists to allow Plaintiff to complete its response to Defendants' motion for summary judgment by July 13, 2009.